FILED:  May 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4338
_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

QUAMAINE DONELL SMITH, a/k/a Animal,

        Defendants – Appellant.

_____

O R D E R
_____

The court amends its opinion filed April 14, 2025, as follows:

On page 16, five lines down in the first full paragraph, the phrase "Guidelines range" is changed to "statutory range."

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk